UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2003 OCT 20 A 8: 51

DARRELL ATKINSON
Petitioner,

v.                                              3:03CV334 SRU

JOHN J. ARMSTRONG,
Respondent.

### ORDER TO SHOW CAUSE

Upon the petition of Darrell Atkinson, the respondent is hereby ORDERED to show cause why the relief prayed for in the application pursuant to 28 U.S.C. 2254 to vacate his convictions should not be granted. The court further ORDERS that service of this Order, together with a copy of the application and amended application on respondent's representative, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067 on or before October 31, 2003 shall be deemed sufficient. The respondent shall file his response by November 28, 2003. Any reply shall be filed by the petitioner by December 8, 2003.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 17th day of October, 2003.

Stefan R. Underhill
United States District Judge

Entered on Docket_____