# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DARRELL ATKINSON
   Petitioner

v.

JOHN J. ARMSTRONG
COMMISSIONER OF CORRECTION
   Respondent

**APPEARANCE**

FILED
2003 NOV 17 P 12: 28
US DISTRICT COURT
BRIDGEPORT CT

CASE NUMBER:  3:03CV334 SRU

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Respondent, Commissioner of Correction

---

**Date** November 14, 2003

**Connecticut Federal Bar Number** ct 01718

**Telephone Number** (860) 258-5807

Signature: *Rita M. Shair*

Print Clearly or Type Name: Rita M. Shair, Sr. Ass. St.'s Atty.

Address: Office of the Chief State's Attorney
300 Corporate Pl., Rocky Hill, CT  06067

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Richard C. Marquette
Special Public Defender
60 Washington Avenue, 3rd Fl.
Hamden, CT  06518
Tel (203) 288-6293
Fax (203) 288-0283

Signature: *Rita M. Shair*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96