UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2003 NOV 26  P 3: 20

| | | |
|---|---|---|
| DARRELL ATKINSON | : | CIVIL NO. 3:03CV334SRU |
| Petitioner | | |
| | | U S |
| v. | : | |
| | | |
| JOHN J. ARMSTRONG | : | NOVEMBER 26, 2003 |
| Respondent | | |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
## TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time until **December 30, 2003** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. Counsel for the petitioner consents to the Court's granting this motion.

The grounds for this motion are as follows:

1. The undersigned Senior Assistant State's attorney is a member of the Appellate Bureau of the Chief State's Attorney's Office. I am assuming several of the files assigned to the federal habeas unit because, of the three attorneys who handle federal habeas matters, one has been out sick, a second retired, and a third has been called to duty in Iraq. I filed an appearance in this matter approximately ten days ago; however, I was preparing a response in another federal habeas matter (   Nemhard v. Commissioner, 3:01CV1700(JCH)(HBF)) on November 21.

2. Since November 21, I have been unable to locate the relevant documents of the state habeas file. As a result, I am unable to prepare any response to the petitioner's show

cause order.

3. I also have two appeals in the Connecticut Appellate Court which had been already assigned, I stopped work on them until the response was filed in <u>Nemhard</u>, as a response in that file had been delayed substantially.

4. As a result, the time limitation previously set for a response cannot be met, despite counsel's diligence, because of the need for the underlying habeas file and appeal files, and because of other prior assignments.

WHEREFORE, the respondent hereby moves this court for an enlargement of time until December 30, 2003.

Respectfully submitted,

Respondent

By: *Rita M. Shair*

RITA M. SHAIR
Senior Assistant State's Attorney
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. no: (860) 258-5807
Fax no: (860) 258-5828
Federal Bar No: ct01718

## CERTIFICATION

I hereby certify that a copy of this document was mailed postage prepaid to: Richard C. Marquette, Special Public Defender, 94 Prospect Street, New Haven CT 06511, tel. (203) 784-0326, fax (203) 624-5321 on November 26, 2003.

*Rita M. Shair*

RITA M. SHAIR
Senior Assistant State's Attorney