UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2003 NOV 26 P 3: 20

| | | |
|---|---|---|
| DARRELL ATKINSON | : | CIVIL NO. 3:03CV334SRU |
| Petitioner | | |
| | | |
| v. | : | |
| | | |
| JOHN J. ARMSTRONG | : | NOVEMBER 26, 2003 |
| Respondent | | |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time until **December 30, 2003** to file his response.

This is the respondent's first request for an extension of time with respect to this court's show cause order. Counsel for the petitioner consents to the Court's granting this motion.

The grounds for this motion are as follows:

1. The undersigned Senior Assistant State's attorney is a member of the Appellate Bureau of the Chief State's Attorney's Office. I am assuming several of the files assigned to the federal habeas unit because, of the three attorneys who handle federal habeas matters, one has been out sick, a second retired, and a third has been called to duty in Iraq. I filed an appearance in this matter approximately ten days ago; however, I was preparing a response in another federal habeas matter ( Nemhard v. Commissioner, 3:01CV1700(JCH)(HBF)) on November 21.

2. Since November 21, I have been unable to locate the relevant documents of the state habeas file. As a result, I am unable to prepare any response to the petitioner's show

GRANTED, ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.