UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARRELL ATKINSON<br>Petitioner | : | CIVIL NO. 3:03CV334SRU |
| v. | : | |
| JOHN J. ARMSTRONG<br>Respondent | : | DECEMBER 29, 2003 |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time until **January 23, 2004** to file his response.

This is the respondent's second request for an extension of time with respect to this court's show cause order. Counsel for the petitioner consents to the Court's granting this motion.

The grounds for this motion are as follows:

1. The undersigned Senior Assistant State's attorney is a member of the Appellate Bureau of the Chief State's Attorney's Office. I am assuming several of the files assigned to the federal habeas unit; however, I am still required to maintain the appellate case load already assigned. After filing a response in another federal habeas matter ( Nemhard v. Commissioner, 3:01CV1700(JCH)(HBF)) on November 21, I prepared the state's response in State v. Kosuda, A.C. 23048, which I filed on December 5. I then prepared the state's response in State v. Raynor, A.C. 23542. The Raynor case was originally due at the end of October, but I requested an extension of time until December 23, 2003 in order to accommodate the federal assignments.

2. I must prepare an opposition to the defendant's petition for certification in <u>State v. Gombert</u>, A.C. 23012, which is due in the Connecticut Supreme Court by January 3, 2004. I am scheduled for oral argument in <u>State v. Jones</u>, A.C. 24224, on January 8, 2004.

3. Although I had requested the relevant documents in the above-captioned case, late in November, because different proceedings were handled by three different offices, I was unable to gather all the material until this morning. As a result, I am unable to prepare any response to the petitioner's show cause order today.

4. As a result, the time limitation previously set for a response cannot be met, despite counsel's diligence, because of the need for the underlying habeas file and appeal files, and because of other prior assignments.

WHEREFORE, the respondent hereby moves this court for an enlargement of time until January 23, 2004.

                                        Respectfully submitted,

                                        Respondent

By:   */s/ Rita M. Shair*
      RITA M. SHAIR
      Senior Assistant State's Attorney
      Office of the Chief State's Attorney
      300 Corporate Place
      Rocky Hill, Connecticut 06067
      Tel. no: (860) 258-5807
      Fax no: (860) 258-5828
      Federal Bar No: ct01718

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed postage prepaid to: Richard C. Marquette, Special Public Defender, 94 Prospect Street, New Haven CT 06511, tel. (203) 784-0326, fax (203) 624-5321 on December 30, 2003.

*Rita M. Shair*
RITA M. SHAIR
Senior Assistant State's Attorney