03CW334moten19

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DARRELL ATKINSON : CIVIL NO. 3:03CV334SRU
Petitioner

v. :

JOHN J. ARMSTRONG : DECEMBER 29, 2003
Respondent

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
## TO COMPLY WITH SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time until **January 23, 2004** to file his response.

This is the respondent's second request for an extension of time with respect to this court's show cause order. Counsel for the petitioner consents to the Court's granting this motion.

The grounds for this motion are as follows:

1. The undersigned Senior Assistant State's attorney is a member of the Appellate Bureau of the Chief State's Attorney's Office. I am assuming several of the files assigned to the federal habeas unit; however, I am still required to maintain the appellate case load already assigned. After filing a response in another federal habeas matter ( Nemhard v. Commissioner, 3:01CV1700(JCH)(HBF)) on November 21, I prepared the state's response in State v. Kosuda, A.C. 23048, which I filed on December 5. I then prepared the state's response in State v. Raynor, A.C. 23542. The Raynor case was originally due at the end of October, but I requested an extension of time until December 23, 2003 in order to accommodate the federal assignments.

1/13/04  GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

FILED 2004 JAN 13 A 3:12 US DISTRICT COURT