FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22 P 1: 25

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| DARRELL ATKINSON, | : | CIVIL NO. 3:03CV334(SRU) |
| Petitioner | | |
| v. | : | |
| JOHN J. ARMSTRONG | | |
| COMMISSIONER OF CORRECTION | : | JANUARY 21, 2004 |
| Respondent | | |

## MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 2254(a), the Respondent hereby moves to dismiss the petition for a writ of habeas corpus on the ground that the petition fails to raise a federal claim upon which relief may be granted. The reasons for this motion are more fully set forth in the accompanying memorandum of law.

Respectfully submitted,

Respondent

By: _____
RITA M. SHAIR
Senior Assistant State's Attorney
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Telephone (860)258-5807
FAX no. (860)258-5828
Federal bar no. ct01718

Oral argument not requested

1

## CERTIFICATION

I hereby certify that a copy of this document was mailed, postage prepaid to Richard Marquette, Esq., Special Public Defender, 94 Prospect Street, New Haven, CT 06511, telephone no. (203) 784-0326, facsimile no. (203) 624-5321 on January 21, 2004.

*Rita M Shair*
RITA M. SHAIR
Senior Assistant State's Attorney