FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 19 A 8: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DARRELL ATKINSON<br>Petitioner | : | CIVIL NO. 3:03 CV 334 SRU |
| v. | : | |
| JOHN J. ARMSTRONG<br>Respondent | : | March 10, 2004 |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
### TO FILE OPPOSITION TO MOTION TO DISMISS

Pursuant to the Local Rules of Civil Procedure for the district of Connecticut, the petitioner hereby moves for an enlargement of time until April 15, 2004 to file his Opposition to Motion to Dismiss.

This is the petitioner's first such request for an enlargement of time. Counsel for the respondent has not been reached for her position to this motion.

The grounds for this motion are as follows:

1.   The undersigned attorney is handling this matter pro bono, after representing the petitioner as a Special Public Defender.

2.   I must prepare a brief in Kelly v. Commissioner, A.C. 23012, which is due in the Connecticut Appellate Court by April 12, 2004. I am also counsel for defendant Randall Redd in United States vs. Randall Redd et al, a multi-count, multi-party now pending in this US District Court. In addition, I have several Connecticut Appellate cases pending, in which briefs are due, e.g. Michael

1

Smith vs. Commissioner of Corrections.

3. As a result, the time limitation previously set for a response cannot be met, despite counsel's diligence, because of the need for the underlying habeas file and appeal files, and because of other prior assignments.

WHEREFORE, the petitioner hereby moves this court for an enlargement of time until April 15, 2004 I which to file Petitioner's Opposition to Motion to Dismiss.

Respectfully submitted,
Petitioner

By: *[signature]*

Richard C. Marquette
Pro bono counsel
94 Prospect Street
New Haven, CT 06511
203-784-0326 (tel)
203-624-5321 (fax)

2

## CERTIFICATION

I hereby certify that a copy of this document was mailed postage prepaid to:

RITA M. SHAIR
Senior Assistant State's Attorney
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel: 860-258-5807
Fax: 860-258-5828,

And to the petitioner,

Darrell Atkinson
Garner CI
5500 Nanuwauk Road
Newtown, Ct.

_____
Richard C. Marquette

3