FILED

2004 MAR 19 A 8:48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARRELL ATKINSON | : | CIVIL NO. 3:03 CV 334 SRU |
| Petitioner | | |
| v. | : | |
| JOHN J. ARMSTRONG | : | March 10, 2004 |
| Respondent | | |

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO MOTION TO DISMISS

Pursuant to the Local Rules of Civil Procedure for the district of Connecticut, the petitioner hereby moves for an enlargement of time until April 15, 2004 to file his Opposition to Motion to Dismiss.

This is the petitioner's first such request for an enlargement of time. Counsel for the respondent has not been reached for her position to this motion.

The grounds for this motion are as follows:

1.      The undersigned attorney is handling this matter pro bono, after representing the petitioner as a Special Public Defender.

2.      I must prepare a brief in Kelly v. Commissioner, A.C. 23012, which is due in the Connecticut Appellate Court by April 12, 2004. I am also counsel for defendant Randall Redd in United States vs. Randall Redd et al, a multi-count, multi-party now pending in this US District Court. In addition, I have several Connecticut Appellate cases pending, in which briefs are due, e.g. Michael

1

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
3/18/04

United States vs. Randall Redd et al, a multi-count, multi-party now pending in this US District Court.

In addition, I have several Connecticut Appellate cases pending, in which briefs are due, e.g. Michael

1

MOTION GRANTED.
SO ORDERED.

FILED
2004 MAR 19 A 8:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DARRELL ATKINSON | : | CIVIL NO. 3:03 CV 334 SRU |
| Petitioner | : | |
| v. | : | |
| JOHN J. ARMSTRONG | : | March 10, 2004 |
| Respondent | | |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH**
**TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to the Local Rules of Civil Procedure for the district of Connecticut, the petitioner hereby moves for an enlargement of time until April 15, 2004 to file his Opposition to Motion to Dismiss.

This is the petitioner's first such request for an enlargement of time. Counsel for the respondent has not been reached for her position to this motion.

The grounds for this motion are as follows:

1.  The undersigned attorney is handling this matter pro bono, after representing the petitioner as a Special Public Defender.

2.  I must prepare a brief in Kelly v. Commissioner, A.C. 23012, which is due in the Connecticut Appellate Court by April 12, 2004. I am also counsel for defendant Randall Redd in United States vs. Randall Redd et al, a multi-count, multi-party now pending in this US District Court. In addition, I have several Connecticut Appellate cases pending, in which briefs are due, e.g. Michael

1

MOTION GRANTED.
SO ORDERED.
/s/ John R. Underhill, U.S.D.J.
3/18/04