UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DARRELL ATKINSON

    v                                                                                                 3:03-cv-334 (SRU)

JOHN J. ARMSTRONG

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court has reviewed all of the papers filed in conjunction with the petition and on September 29, 2004, entered a Ruling dismissing the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is dismissed, and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of October, 2004.

                                                        KEVIN F. ROWE, Clerk

                                                        By /s/ Alice Montz
                                                                Deputy Clerk

Entered on Docket _____